IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL<br>LIFE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. _____ |
| | * | |
| v. | * | |
| | * | |
| DOMINIQUE CARTER, et al | * | MJG 01 CV 3248 |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

This Court, having considered the Petition filed by Northwestern, on this the 1ST day of November, 2001, SO ORDERS:

That the Clerk of this Court be, and hereby is, directed to accept from Plaintiff, Northwestern, a draft in the sum of $100,440.58, post-death premiums of $219.72 and accrued interest, made payable to the "Clerk, United States District Court for the District of Maryland." The Clerk is further directed to deposit the same in the Registry of this Court to be invested in United States Treasury Notes or deposited in an interest-bearing account in a federally-insured bank, to be held to the credit of the above-entitled cause, subject to further Orders of this Court.

_____
Judge, United States District Court
for the District of Maryland

cc: David A. Carter, Esq.
  Dominique Carter
  Milton R. Long, individually and as father and next friend of
   Marques Long, and Quentin Long, Minors
  Special Administrator of the Estate of Amelia C. Long