FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 10 P 3:25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHWESTERN MUTUAL             *
LIFE INSURANCE COMPANY
                                    *
        Plaintiff                            CIVIL ACTION NO. MJG 01 CV 3248
                                    *
v.
                                    *
DOMINIQUE CARTER, et al
                                    *
        Defendants
                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT JUDGMENT OF INTERPLEADER**

This Court, having fully considered the Complaint of Interpleader filed by The Northwestern Mutual Life Insurance Company ("Northwestern") and any Answers thereto, and this Court having found that conflicting claims or potential claims to proceeds payable under the insurance policy on account of the death of Amelia C. Long exist, it is this _10th_ day of _June_, 2002, AGREED by the parties, and ORDERED by the Court:

1. That Defendants Milton Long, Dominique Carter, Quentin Anthony Long and Marques Irving Long (hereafter "claimants"), consent to the Court's jurisdiction and waive the right to file an Answer or other response to the Complaint for Interpleader which was served upon them, to the extent they have not done so.

2. That the claimants, and each of them, are hereby permanently enjoined and specifically restrained from instituting or prosecuting any suit or proceeding or action in any court or other forum against Northwestern, its agents, servants and employees, or any other person or entity, for damages of any type, including but not limited to, life insurance proceeds or

interest thereon, arising out of or relating to Amelia C. Long's coverage under Policy No. 9438148 issued by Northwestern.

3.   That Northwestern, its agents, servants and employees, and all other persons and entities, are hereby released and discharged from all liability for damages of any type, including but not limited to, life insurance proceeds or interest thereon, arising out of or relating to Amelia C. Long's coverage under Policy No. 9438148 issued by Northwestern.

4.   That the claimants, and each of them, have the right to interplead and settle among themselves in this Court their claims to the proceeds of Amelia C. Long's coverage under the said insurance policy, which proceeds, in the amount of ONE HUNDRED THOUSAND FOUR HUNDRED FORTY DOLLARS AND FIFTY EIGHT CENTS ($100,440.58), plus post-death premiums of $219.72 and interest of $31,964.57, were deposited by Northwestern in the Registry of this Court.

5.   That the Claimants have settled their respective claims to the proceeds in question as described below.

6.   That Northwestern, be, and hereby is, awarded its costs and attorney's fees in this matter in the amount of $2,900.00.

7.   That $2,900.00 is to be paid to Northwestern from the proceeds which are on deposit with the Court Registry to the credit of this case. The Clerk is directed to forward a check payable to Northwestern Mutual Life Insurance Company, in the amount of $2,900.00 to, David A. Carter, counsel to Northwestern.

8.   That 30% of the remaining proceeds are to be paid to Dominique Carter from the proceeds which are on deposit with the Court Registry, to the credit of this case, in full and final

settlement of all claims to the insurance proceeds and any other claims which could have been made by her in this matter. The Clerk is directed to forward a check payable to Dominique Carter, 6920 Donachie Rd, #1001, Baltimore, Maryland 21239 for 30% of the remaining proceeds, minus a 30% share of the Court's registry fee.

9. That ~~10%~~ 20% of the remaining proceeds are to be paid to Milton R. Long from the proceeds which are on deposit with the Court Registry, to the credit of this case, in full and final settlement of all claims to the insurance proceeds and any other claims which could have been made by him in this matter. The Clerk is directed to forward a check to Milton R. Long, 337 Dandridge Drive, Franklin, Tennessee 37067 in the amount of ~~10%~~ 20% of the remaining proceeds, minus a 10% share of the Court's registry fee.

10. That ~~30%~~ 25% of the remaining proceeds are payable for the benefit of (F/B/O) Quentin Anthony Long. These proceeds, which are on deposit with the Court Registry, to the credit of this case, are in full and final settlement of all claims to the insurance proceeds and any other claims which could have been made by him in this matter. The Clerk is directed to make this ~~30%~~ 25% share of the remaining proceeds, minus a ~~30%~~ 25% share of the Court's registry fee, payable to the College Bound Fund F/B/O Quentin Anthony Long. The Clerk is further directed to mail this check to Ms. Amy Bechner, C/O Legg, Mason, Wood, Walker, 3322 West End Avenue, Suite 600, Nashville, Tennessee 37203.

11. That ~~30%~~ 25% of the remaining proceeds are payable for the benefit of (F/B/O) Marques Irving Long. These proceeds, which are on deposit with the Court Registry, to the credit of this case, are in full and final settlement of all claims to the insurance proceeds and any other claims which could have been made by him in this matter. The Clerk is directed to make

this ~~30%~~ 25% share of the remaining proceeds, minus a ~~30%~~ 25% share of the Court's registry fee, payable to the College Bound Fund F/B/O Marques Irving Long. The Clerk is further directed to mail this check to Ms. Amy Beckner, C/O Legg, Mason, Wood, Walker, 3322 West End Avenue, Suite 600, Nashville, Tennessee 37203.

12. A copy of the applications to establish College Bound Fund accounts for the benefit of the two minor defendants are attached hereto and incorporated herein as *Exhibits 1 and 2*.

_____June 10, 2002_____  _____
Date                           Judge

AGREED AND CONSENTED TO:

_____
David A. Carter
Meyers, Rodbell & Rosenbaum, P.A.
95 Cathedral Street, Suite 100
Annapolis, Maryland 21401
(410) 267-6670
(410) 267-8222 Facsimile
Attorney for The Northwestern Mutual Life Insurance Company

4

AGREED AND CONSENTED TO:


*/s/ Milton R. Long*
Milton R. Long
337 Dandridge Drive
Franklin, TN 37067

STATE OF ____TN____, CITY/COUNTY OF __Davidson__, TO WIT:

On this __3rd__ day of __June__, 2002, before me, the undersigned, personally appeared Milton R. Long, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

*/s/ LaShone Simmons*
Notary Public
My Commission Expires:

My Commission Expires SEPT. 27, 2003

[Notary seal: LaShone Simmons, NOTARY PUBLIC AT LARGE, Davidson County, TN]

_____
Dominique Carter
6920 Donachie Rd, #1001
Baltimore, MD 21239

STATE OF _____, CITY/COUNTY OF _____, TO WIT:

On this _____ day of _____, 2002, before me, the undersigned, personally appeared Dominique Carter, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

5

AGREED AND CONSENTED TO:

*/s/ Milton R. Long*
_____
Quentin Anthony Long, a minor, by his
father and next friend, Milton R. Long
337 Dandridge Drive
Franklin, TN 37067

STATE OF _____TN_____, CITY/COUNTY OF __Davidson__) TO WIT:

On this 3rd day of June, 2002, before me, the undersigned, personally appeared Milton R. Long, father and next friend of Quentin Anthony Long, a minor, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

My Commission Expires SEPT. 27, 2003

*/s/ Milton R. Long*
_____
Marques I. Long, by his
father and next friend, Milton R. Long
337 Dandridge Drive
Franklin, TN 37067

STATE OF _____TN_____, CITY/COUNTY OF __Davidson__) TO WIT:

On this 3rd day of June, 2002, before me, the undersigned, personally appeared Milton R. Long, father and next friend of Marques I. Long, a minor, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

My Commission Expires SEPT. 27, 2003

AGREED AND CONSENTED TO:

_____
Milton R. Long
337 Dandridge Drive
Franklin, TN 37067

STATE OF _____, CITY/COUNTY OF _____, TO WIT:

    On this _____ day of _____, 2002, before me, the undersigned, personally appeared Milton R. Long, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

    In witness whereof, I hereunto set my hand and official seal.

                                          _____
                                          Notary Public
                                          My Commission Expires:

*Dominique Carter*
Dominique Carter
6920 Donachie Rd, #1001
Baltimore, MD 21239

STATE OF __Maryland_____, CITY/COUNTY OF __Baltimore__ TO WIT:

    On this _28th_ day of __May__, 2002, before me, the undersigned, personally appeared Dominique Carter, known to me or satisfactorily proven to be the person whose name is subscribed above and acknowledged that he executed the same for the purposes therein contained.

    In witness whereof, I hereunto set my hand and official seal.

                                          _____
                                          Notary Public
                                          My Commission Expires:

5

EXHIBITS 1 and 2

# CollegeBound*fund*[SM]

## Account Application and Participation Agreement (the "Agreement")

For questions, call toll-free at **(888) 324-5057**, Monday through Friday, 8:30 a.m. to 8:00 p.m. Eastern Time, or log onto www.collegeboundfund.com. **Please print or type, and keep a copy for your records.**

Send your completed Agreement to CollegeBound*fund*, **P.O. Box 786004, San Antonio, Texas 78278-6004** along with the appropriate check made payable to CollegeBound*fund*. For overnight mail, use the following address: CollegeBound*fund*, **8000 IH 10W, 4th Floor, San Antonio, Texas 78230.**

I hereby establish, as the Participant, an Account representing an interest in the Rhode Island Higher Education Savings Trust (the "Trust") of the Rhode Island Tuition Savings Program known as CollegeBound*fund* (the "Program") for the benefit of the Beneficiary named in Section 2, and enter into this Agreement relating to my Account with the Rhode Island Higher Education Assistance Authority (the "Authority"), as Trustee of the Trust. If the Participant establishing the Account is a legal entity, reference in this Agreement to I, my, you, and your refer to that entity. This Agreement is subject to the information concerning the Program and my Account contained in the applicable Program Description, as modified from time to time (the "Program Description"). Each capitalized term used but not defined in this Agreement has the meaning that term has in the Program Description.

**① Participant Registration**   Child's info

*(The Participant is the person who owns the Account, makes the Beneficiary designation, directs withdrawals and receives Account statements.)*

**A. Participant Information**
If not an individual, indicate the type of entity (e.g., a corporation, trust), insert the entity's formal name and provide the following information as relevant.

- Social Security/Tax ID Number

  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

- First Name: Quentin      M.I.: A      Last Name: Long

- Street Address: 337 Dandridge Dr.      City: Franklin      State: TN      ZIP Code: 37067

- Telephone: 615.791.0507

*Complete if applicable*

- Date of Birth (MM/DD/YY): 04 23 89      Citizenship, if other than U.S.:       ☒ Male  ☐ Female

**B. Parent or Guardian Information for Minor Participants (Complete if applicable)**   Milton's info
If the Participant is a minor, a parent or guardian of the minor must also sign this Application in Section 8. You do not need to complete this section if the Beneficiary is a minor and the Participant is not a minor.

- Social Security/Tax ID Number

  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

- First Name: Milton      M.I.: R      Last Name: Long

**Investment Products Offered**
▶ Are Not FDIC Insured   ▶ May Lose Value   ▶ Are Not Bank Guaranteed


AllianceCapital
The Investment Professional's Choice

Left margin: Not for use to establish an Account by or for a Rhode Island Resident

**C. Designation of a Successor Participant in the Event of Participant's Death or Disability (Optional)**
(The Successor Participant will become the Participant upon your death or Disability. If the Participant is not an individual, contact Alliance Capital for information about designating a Successor Participant.)

If you are an individual designating a Successor Participant, ownership of the Account will be transferred to the Successor Participant upon your death or Disability. If you do not designate a Successor Participant, your estate will become the Participant of the Account upon your death. If you are an entity and you do not designate a Successor Participant, upon your dissolution, your successor will be designated by operation of law. A Successor Participant has all rights with respect to the Account the prior Participant had.

*If not an individual, indicate the type of entity (e.g., a corporation, trust) and insert the entity's formal name and tax identification number.*

Social Security/Tax ID Number

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

First Name: Milton I

M.I.: R

Last Name: Long

## ② Beneficiary Information — Child's Info.

*(The Beneficiary is the person whose Qualified Higher Education Expenses are payable from the Account.)*

Social Security/Tax ID Number

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

First Name: Quentin

M.I.: A

Last Name: Long

Street Address: 337 Dandridge Dr

City: Franklin

State: TN

ZIP Code: 37067

Telephone: 615.791.0507

Date of Birth (MM/DD/YY): 04 23 89

Citizenship, if other than U.S.:

☑ Male
☐ Female

## ③ Initial Contribution

The minimum initial contribution to open an Account by check is $1,000, except that if you participate through an Automatic Contribution Plan, the minimum initial contribution is $50 per month. (See Section 5.) See the Program Description for information regarding annual and other charges.

Enclosed Contribution, if any

$

*(Checks should be made payable to "CollegeBoundfund".)*

## ④ Investment Options

**Each Allocation Portfolio and Alternative Purchase Structure is described in the Program Description.**

I acknowledge that each Account governed by this Agreement is being established with the involvement of the financial advisor referred to below, if any. In selecting the indicated Alternative Purchase Structure for the investment of an Account as described in the Sales and Asset-Based Charges Addendum to the Program Description, I hereby authorize the charges described in that Addendum applicable for that Structure.

### A. Core Allocation Portfolios

The minimum initial contribution to open an Account invested through any Core Allocation Portfolio is $1,000, except if you will be contributing through an Automatic Contribution Plan. You may open more than one Account, each with a different Core Allocation Portfolio. For each Account, indicate the amount of your initial Contribution on the appropriate line for the desired Portfolio in the column for the applicable Alternative Purchase Structure. Or, if you choose an Automatic Contribution Plan, the minimum Contribution per Account is $50 per month. In that case, you should select the desired Allocation Portfolio for an Account by checking the appropriate box for the Portfolio in the column for the applicable Alternative Purchase Structure and then complete Section 5.C.

| Portfolios | CollegeBound*fund* Alternative Purchase Structures | | |
|---|---|---|---|
| | Alternative A | Alternative B* | Alternative C |
| Aggressive Growth Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Growth Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| (Balanced Portfolio) ✱ | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☑ $_____ $1,000 minimum |
| Age-Based Portfolio – Aggressive Growth Emphasis | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Age-Based Portfolio – Growth Emphasis | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Principal-Protection Income Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |

Note: The minimum initial contribution check is $1,000, except if you are contributing through an Automatic Contribution Plan, in which case the minimum is $50 per month.

*Alternative B is not applicable if the Beneficiary of the Account has attained age 15.

### B. Customized Allocation Portfolio

Instead of or in addition to an Account for which a Core Allocation Portfolio is selected, you may establish an Account to be invested through a Customized Allocation Portfolio, provided (i) either that the initial Contribution to the Account included with this Agreement is at least $5,000 or the Contribution included with this Agreement plus the aggregate balance of all existing Accounts you maintain for the Beneficiary of the Account to be established by this Agreement is at least $5,000, and (ii) a minimum initial contribution of at least $1,000 is allocated to each Mutual Fund comprising your Customized Allocation Portfolio.

You may select any one or more of the Mutual Funds to comprise your Customized Allocation Portfolio by indicating the amount for that Mutual Fund under the applicable Alternative Purchase Structure.

| Allocation Prefix Mutual Funds | CollegeBound*fund* Alternative Purchase Structures | | |
|---|---|---|---|
| | Alternative A | Alternative B* | Alternative C |
| CBf – Alliance Growth and Income Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Mid-Cap Growth Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Premier Growth Fund | $_____ $1,000 minimum | $_____ $5,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Quasar Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Technology Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Quality Bond Portfolio | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein International Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein Small Cap Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |

*Alternative B is not applicable if the Beneficiary of the Account has attained age 15.

**For Financial Advisor's Use Only**

Brokerage Account Number: **N/A**

Authorized Signature: *Herbert C. Cumming Jr.*

Representative's Number: **HCC**

Branch Office Street Address: **3322 West End Ave. Nashville**

Dealer/Agent Firm Number: **0740**

Representative's First Name: **Herbert**

Branch Number: **290**

City: **Nashville**

Dealer/Agent Firm: **Legg Mason Wood Walker**

MI: **C**   Last Name: **Cumming Jr.**

Branch Telephone Number: **615 386 7784**

State: **TN**   ZIP Code: **37203**

## ⑤ Contribution Options

You can make additional Contributions by check, in the minimum amount of $50, payable to "CollegeBoundfund". Each subsequent Contribution should be accompanied by a Contribution Form provided with each Account statement or available by calling toll-free at 888-324-5057 or logging on to www.collegeboundfund.com. You may also contribute in the following ways:

**A. Transfer/Rollover from Another Account or Qualified Tuition Program and Contributions from Other Sources**

☐ Check here if you are (i) making a Transfer/Rollover from another CollegeBoundfund Account, (ii) making a Transfer/Rollover from another Qualified Tuition Program, (iii) contributing an amount distributed from a Coverdell Education Savings Account or (iv) contributing proceeds from a United States Savings Bond redemption.

☐ Check here if you are transferring cash from an existing UGMA/UTMA Custodial Account.

If you checked either of these boxes, you must also complete and submit with this Agreement an Incoming Transfer/Rollover. To request an Incoming Transfer/Rollover Form, call 888-324-5057 or log onto www.collegeboundfund.com.

**B. Purchases Via Electronic Funds Transfer**

You can call toll-free at 888-324-5057 and instruct Alliance Fund Distributors in a recorded conversation to effect a Contribution to your Account via Electronic Funds Transfer ("EFT"), which instructions are to include a direction as to the Account to which the Contribution is being made and, if the Account is being invested through a Customized Allocation Portfolio, the portion of the Contribution to be allocated to each relevant Mutual Fund. (An allocation need not be made to each Mutual Fund comprising that Portfolio.)

☐ I authorize Alliance Fund Distributors to effect a Contribution via EFT from the bank account indicated, according to my telephone instructions or telephone instructions from my financial advisor. I understand and agree that confirmations relating to my EFT Contributions will not be confirmed separately but will be included on my quarterly Account statement, which will generally be sent within five business days after the end of each calendar quarter, instead of after each EFT purchase.

**C. Automatic Contribution Plan (Periodic Purchases)**

Participation in the Automatic Contribution Plan is by withdrawal from your bank account via EFT. Your bank must be a member of the National Automated Clearing House Association (NACHA).

I authorize Alliance Fund Distributors to draw on my bank account for Contributions to be credited to my Account and invested as follows:

_____   Beginning Date* (MM/DD)   Frequency
Name of Core Allocation Portfolio or, if a Customized
Allocation Portfolio, Name of Mutual Fund                $_____
                                                         Amount
                                                         ($50 minimum per month)

_____   Beginning Date* (MM/DD)   Frequency        Frequency:
Name of Core Allocation Portfolio or, if a Customized                    M = Monthly
Allocation Portfolio, Name of Mutual Fund                $_____     Q = Quarterly
                                                         Amount
                                                         ($50 minimum per month)

_____   Beginning Date* (MM/DD)   Frequency
Name of Core Allocation Portfolio or, if a Customized
Allocation Portfolio, Name of Mutual Fund                $_____
                                                         Amount
                                                         ($50 minimum per month)

For more than three Core Allocation Portfolios and/or Mutual Funds, please provide the pertinent information on a separate sheet of paper.

* If the day selected is not a Business Day in a given month or quarter, as applicable, the amount indicated will be withdrawn on the next Business Day.

**Bank Account Information**

This bank account will be used for        ☐ Automatic Contribution Plan*        ☐ Purchases via EFT*

*These services cannot be established unless a pre-printed voided check or, for a savings account, a pre-printed deposit slip is submitted. For EFT transactions, signatures of all owners of the bank account exactly as they appear on bank records must be set forth below even if the registration of the bank account differs from that of the CollegeBoundfund Account.

Signature of Each Bank Account Owner if different from Participant

*Please tape here a pre-printed voided check or, for a savings account, a pre-printed deposit slip.*

N/A

## ⑥ Monthly Reallocations from the Principal-Protection Income Portfolio (Optional)   N/A

If you so choose, you may elect to make automatic monthly reallocations from your Principal-Protection Income Portfolio, if you have selected that Core Allocation Portfolio, to one or more Core Allocation Portfolio(s) or to one or more Mutual Funds comprising a Customized Allocation Portfolio, provided (i) the initial Contribution to your Account to be invested through the Principal-Protection Income Portfolio included with this Agreement is at least $5,000 and (ii) at least $500 per month is reallocated to each selected Core Allocation Portfolio or Mutual Fund.

Your monthly reallocations from the Principal-Protection Income Portfolio will continue until there is no balance remaining (including an amount resulting from subsequent Contributions allocated to that Portfolio) in your Principal-Protection Income Portfolio. You will be able to elect to stop the reallocations only in the limited circumstances in which an investment election may be changed as described in the Program Description.

I authorize Alliance Fund Distributors to effect monthly reallocations from my Account invested through the Principal-Protection Income Portfolio to the indicated Core Allocation Portfolio(s) and/or the following Mutual Fund(s) comprising the Customized Allocation Portfolio of my existing and/or new Account(s) as follows:

_____         Beginning Date* (MM/DD)         $_____
Name of Core Allocation Portfolio or, if a                                                        Amount
Customized Allocation Portfolio, Name                                                         ($500 minimum)
of Mutual Fund

_____         Beginning Date* (MM/DD)         $_____
Name of Core Allocation Portfolio or, if a                                                        Amount
Customized Allocation Portfolio, Name                                                         ($500 minimum)
of Mutual Fund

_____         Beginning Date* (MM/DD)         $_____
Name of Core Allocation Portfolio or, if a                                                        Amount
Customized Allocation Portfolio, Name                                                         ($500 minimum)
of Mutual Fund

For more than three Core Allocation Portfolios and/or Mutual Funds, please provide the pertinent information on a separate sheet of paper.

*If the above elected reallocation is to one or more Core Allocation Portfolios or to a Customized Allocation Portfolio other than one through which an existing Account you have established having the same Beneficiary as the Account from which the reallocation is to be made, your reallocation election is also the establishment of a new Account having that Beneficiary for each such new Core Allocation Portfolio or such Customized Allocation Portfolio, and each such new Account is to be governed by the terms and conditions of this Participation Agreement.*

* *Reallocations will occur on the date selected, and if that day in a given month is not a Business Day, on the next Business Day.*

### 7 Statement Delivery Options (Optional)

If you would like to receive your quarterly Account statements over the Internet, please enter your email address here:

_____ Otherwise, your statements will be sent by U.S. mail.

If you have provided your email address, an email will be sent to you after each calendar quarter notifying you when your quarterly Account statement is available for viewing online. You will need to visit www.collegeboundfund.com and enter your Social Security Number or Tax ID Number and password to access your statement.

### 8 Signature

I hereby certify that all of the information contained in this Agreement is true, complete and correct, and I enter into this Agreement and authorize that an Account be established based on this information.

Signature of Participant        Child's                                    Date

*Quentin A. Long*                                                          6/3/02

(If the Participant is a legal entity, the title of the individual signing for the entity should be indicated.)

Signature of Parent or Guardian if the Participant is a Minor    Milton's    Date

*Milton R L___*                                                            6/3/02

**For Alliance Fund Distributors, Inc. Use Only**

Principal's Signature                        Securities Representative's Signature

# CollegeBound*fund*™

## Account Application and Participation Agreement (the "Agreement")

For questions, call toll-free at **(888) 324-5057**, Monday through Friday, 8:30 a.m. to 8:00 p.m. Eastern Time, or log onto www.collegeboundfund.com. **Please print or type, and keep a copy for your records.**

Send your completed Agreement to CollegeBound*fund*™, P.O. Box 786004, San Antonio, Texas 78278-6004 along with the appropriate check made payable to CollegeBound*fund*™. For overnight mail, use the following address: CollegeBound*fund*™, 6000 IH 10W, 4th Floor, San Antonio, Texas 78230.

I hereby establish, as the Participant, an Account representing an interest in the Rhode Island Higher Education Savings Trust (the "Trust") of the Rhode Island Tuition Savings Program known as CollegeBound*fund*™ (the "Program") for the benefit of the Beneficiary named in Section 2, and enter into this Agreement relating to my Account with the Rhode Island Higher Education Assistance Authority (the "Authority"), as Trustee of the Trust. If the Participant establishing the Account is a legal entity, reference in this Agreement to I, my, you, and your refer to that entity. This Agreement is subject to the information concerning the Program and my Account contained in the applicable Program Description, as modified from time to time (the "Program Description"). Each capitalized term used but not defined in this Agreement has the meaning that term has in the Program Description.

**① Participant Registration**   Child's info.

*(The Participant is the person who owns the Account, makes the Beneficiary designation, directs withdrawals and receives Account statements.)*

### A. Participant Information

*If not an individual, indicate the type of entity (e.g., a corporation, trust). Insert the entity's formal name and provide the following information as relevant.*

- Social Security/Tax ID Number

  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

- First Name: MARQUES
- M.I.: I
- Last Name: LONG

- Street Address: 337 Dandridge Dr.
- City: Franklin
- State: TN
- ZIP Code: 37067

- Telephone: 615.791.0507

*Complete if applicable*

- Date of Birth (MM/DD/YY): 05 07 86
- Citizenship, if other than U.S.:
- ☑ Male
- ☐ Female

### B. Parent or Guardian Information for Minor Participants (Complete if applicable)   Milton's Info.

*If the Participant is a minor, a parent or guardian of the minor must also sign this Application in Section 8. You do not need to complete this section if the Beneficiary is a minor and the Participant is not a minor.*

Social Security/Tax ID Number

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

First Name: Milton
M.I.: R
Last Name: Long

**Investment Products Offered**
▶ Are Not FDIC Insured  ▶ May Lose Value  ▶ Are Not Bank Guaranteed


AllianceCapital
The Investment Professional's Choice

Not for use to establish an Account by or for a Rhode Island Resident

**C. Designation of a Successor Participant in the Event of Participant's Death or Disability (Optional)**
*(The Successor Participant will become the Participant upon your death or Disability. If the Participant is not an individual, contact Alliance Capital for information about designating a Successor Participant.)*

If you are an individual designating a Successor Participant, ownership of the Account will be transferred to the Successor Participant upon your death or Disability. If you do not designate a Successor Participant, your estate will become the Participant of the Account upon your death. If you are an entity and you do not designate a Successor Participant, upon your dissolution, your successor will be designated by operation of law. A Successor Participant has all rights with respect to the Account the prior Participant had.

*If not an individual, indicate the type of entity (e.g., a corporation, trust) and insert the entity's formal name and tax identification number.*

Social Security/Tax ID Number

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

First Name | M.I. | Last Name

Milton | R | Long

**② Beneficiary Information**   Child's Info.
*(The Beneficiary is the person whose Qualified Higher Education Expenses are payable from the Account.)*

\* Social Security/Tax ID Number

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

First Name | M.I. | \*Last Name

Marques | I | Long

Street Address | City | State | \* ZIP Code

337 Dandridge Dr. | Franklin | TN | 37067

Telephone

615.791.0507

Date of Birth (MM/DD/YY) | \* Citizenship, if other than U.S. | ☑ Male  ☐ Female

05 07 86

**③ Initial Contribution**

The minimum initial contribution to open an Account by check is $1,000, except that if you participate through an Automatic Contribution Plan, the minimum initial contribution is $50 per month. (See Section 5.) See the Program Description for information regarding annual and other charges.

Enclosed Contribution, if any

$

*(Checks should be made payable to "CollegeBoundfund".)*

## ④ Investment Options

**Each Allocation Portfolio and Alternative Purchase Structure is described in the Program Description.**

I acknowledge that each Account governed by this Agreement is being established with the involvement of the financial advisor referred to below, if any. In selecting the indicated Alternative Purchase Structure for the investment of an Account as described in the Sales and Asset-Based Charges Addendum to the Program Description, I hereby authorize the charges described in that Addendum applicable for that Structure.

### A. Core Allocation Portfolios

The minimum initial contribution to open an Account invested through any Core Allocation Portfolio is $1,000, except if you will be contributing through an Automatic Contribution Plan. You may open more than one Account, each with a different Core Allocation Portfolio. For each Account, indicate the amount of your initial Contribution on the appropriate line for the desired Portfolio in the column for the applicable Alternative Purchase Structure. Or, if you choose an Automatic Contribution Plan, the minimum Contribution per Account is $50 per month. In that case, you should select the desired Allocation Portfolio for an Account by checking the appropriate box for the Portfolio in the column for the applicable Alternative Purchase Structure and then complete Section 5.C.

CollegeBound*fund* **Alternative Purchase Structures**

| Portfolios | Alternative A | Alternative B* | Alternative C |
|---|---|---|---|
| Aggressive Growth Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Growth Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| (Balanced Portfolio) | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☑ $_____ $1,000 minimum |
| Age-Based Portfolio – Aggressive Growth Emphasis | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Age-Based Portfolio – Growth Emphasis | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |
| Principal-Protection Income Portfolio | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum | ☐ $_____ $1,000 minimum |

Note: The minimum initial contribution by check is $1,000, except if you are contributing through an Automatic Contribution Plan, in which case the minimum is $50 per month.

*Alternative B is not applicable if the Beneficiary of the Account has attained age 15.*

### B. Customized Allocation Portfolio

Instead of or in addition to an Account for which a Core Allocation Portfolio is selected, you may establish an Account to be invested through a Customized Allocation Portfolio, provided (i) either that the initial Contribution to the Account included with this Agreement is at least $5,000 or the Contribution included with this Agreement plus the aggregate balance of all existing Accounts you maintain for the Beneficiary of the Account to be established by this Agreement is at least $5,000, and (ii) a minimum initial contribution of at least $1,000 is allocated to each Mutual Fund comprising your Customized Allocation Portfolio.

You may select any one or more of the Mutual Funds to comprise your Customized Allocation Portfolio by indicating the amount for that Mutual Fund under the applicable Alternative Purchase Structure.

CollegeBound*fund* **Alternative Purchase Structures**

| Allocation Prefix Mutual Funds | Alternative A | Alternative B* | Alternative C |
|---|---|---|---|
| CBf – Alliance Growth and Income Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Mid-Cap Growth Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Premier Growth Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Quasar Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Technology Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – Alliance Quality Bond Portfolio | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein International Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein Small Cap Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |
| CBf – AllianceBernstein Value Fund | $_____ $1,000 minimum | $_____ $1,000 minimum | $_____ $1,000 minimum |

*Alternative B is not applicable if the Beneficiary of the Account has attained age 15.*

**For Financial Advisor's Use Only**

Brokerage Account Number: N/A

Dealer/Agent Firm Number: 0740

Dealer/Agent Firm: Legg Mason Wood Walker

Authorized Signature: *Herbert C. Cummings*

Representative's First Name: Herbert

MI: C   Last Name: Cummings, Jr.

Representative's Number: HCC

Branch Number: 290

Branch Telephone Number: 615 386 7784

Branch Office Street Address: 3322 W. End Ave.

City: Nashville

State: TN   ZIP Code: 37203

## ❺ Contribution Options

You can make additional Contributions by check, in the minimum amount of $50, payable to "CollegeBoundfund". Each subsequent Contribution should be accompanied by a Contribution Form provided with each Account statement or available by calling toll-free at 888-324-5057 or logging on to www.collegeboundfund.com. You may also contribute in the following ways:

### A. Transfer/Rollover from Another Account or Qualified Tuition Program and Contributions from Other Sources

☐ Check here if you are (i) making a Transfer/Rollover from another CollegeBoundfund Account, (ii) making a Transfer/Rollover from another Qualified Tuition Program, (iii) contributing an amount distributed from a Coverdell Education Savings Account or (iv) contributing proceeds from a United States Savings Bond redemption.

☐ Check here if you are transferring cash from an existing UGMA/UTMA Custodial Account.

If you checked either of these boxes, you must also complete and submit with this Agreement an Incoming Transfer/Rollover. To request an Incoming Transfer/Rollover Form, call 888-324-5057 or log onto www.collegeboundfund.com.

### B. Purchases Via Electronic Funds Transfer

You can call toll-free at 888-324-5057 and instruct Alliance Fund Distributors in a recorded conversation to effect a Contribution to your Account via Electronic Funds Transfer ("EFT"), which instructions are to include a direction as to the Account to which the Contribution is being made and, if the Account is being invested through a Customized Allocation Portfolio, the portion of the Contribution to be allocated to each relevant Mutual Fund. (An allocation need not be made to each Mutual Fund comprising that Portfolio.)

☐ I authorize Alliance Fund Distributors to effect a Contribution via EFT from the bank account indicated, according to my telephone instructions or telephone instructions from my financial advisor. I understand and agree that confirmations relating to my EFT Contributions will not be confirmed separately but will be included on my quarterly Account statement, which will generally be sent within five business days after the end of each calendar quarter, instead of after each EFT purchase.

### C. Automatic Contribution Plan (Periodic Purchases)

Participation in the Automatic Contribution Plan is by withdrawal from your bank account via EFT. Your bank must be a member of the National Automated Clearing House Association (NACHA).

I authorize Alliance Fund Distributors to draw on my bank account for Contributions to be credited to my Account and invested as follows:

_____
Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund

Beginning Date* (MM/DD)

$_____
Amount
($50 minimum per month)

Frequency

_____
Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund

Beginning Date* (MM/DD)

$_____
Amount
($50 minimum per month)

Frequency

Frequency:
M = Monthly
Q = Quarterly

_____
Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund

Beginning Date* (MM/DD)

$_____
Amount
($50 minimum per month)

Frequency

For more than three Core Allocation Portfolios and/or Mutual Funds, please provide the pertinent information on a separate sheet of paper.

* If the day selected is not a Business Day in a given month or quarter, as applicable, the amount indicated will be withdrawn on the next Business Day.

### Bank Account Information

This bank account will be used for        ☐ Automatic Contribution Plan*        ☐ Purchases via EFT*

*These services cannot be established unless a pre-printed voided check or, for a savings account, a pre-printed deposit slip is submitted. For EFT transactions, signatures of all owners of the bank account exactly as they appear on bank records must be set forth below even if the registration of the bank account differs from that of the CollegeBoundfund Account.

Signature of Each Bank Account Owner if different from Participant

*Please tape here a pre-printed voided check ... for a savings account, a pre-printed deposit slip.*

N/A

## 5 Monthly Reallocations from the Principal-Protection Income Portfolio (Optional)  N/A

If you so choose, you may elect to make automatic monthly reallocations from your Principal-Protection Income Portfolio, if you have selected that Core Allocation Portfolio, to one or more Core Allocation Portfolio(s) or to one or more Mutual Funds comprising a Customized Allocation Portfolio, provided (i) the initial Contribution to your Account to be invested through the Principal-Protection Income Portfolio included with this Agreement is at least $5,000 and (ii) at least $500 per month is reallocated to each selected Core Allocation Portfolio or Mutual Fund.

Your monthly reallocations from the Principal-Protection Income Portfolio will continue until there is no balance remaining (including an amount resulting from subsequent Contributions allocated to that Portfolio) in your Principal-Protection Income Portfolio. You will be able to elect to stop the reallocations only in the limited circumstances in which an investment election may be changed as described in the Program Description.

I authorize Alliance Fund Distributors to effect monthly reallocations from my Account invested through the Principal-Protection Income Portfolio to the indicated Core Allocation Portfolio(s) and/or the following Mutual Fund(s) comprising the Customized Allocation Portfolio of my existing and/or new Account(s) as follows:

| Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund | Beginning Date* (MM/DD) | $_____ Amount ($500 minimum) |
|---|---|---|
| Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund | Beginning Date* (MM/DD) | $_____ Amount ($500 minimum) |
| Name of Core Allocation Portfolio or, if a Customized Allocation Portfolio, Name of Mutual Fund | Beginning Date* (MM/DD) | $_____ Amount ($500 minimum) |

For more than three Core Allocation Portfolios and/or Mutual Funds, please provide the pertinent information on a separate sheet of paper.

*If the above elected reallocation is to one or more Core Allocation Portfolios or to a Customized Allocation Portfolio other than one through which an existing Account you have established having the same Beneficiary as the Account from which the reallocation is to be made, your reallocation election is also the establishment of a new Account having that Beneficiary for each such new Core Allocation Portfolio or such Customized Allocation Portfolio, and each such new Account is to be governed by the terms and conditions of this Participation Agreement.*

* *Reallocations will occur on the date selected, and if that day in a given month is not a Business Day, on the next Business Day.*

### 7. Statement Delivery Option (Optional)

If you would like to receive your quarterly Account statements over the Internet, please enter your email address here:

_____.  Otherwise, your statements will be sent by U.S. mail.

If you have provided your email address, an email will be sent to you after each calendar quarter notifying you when your quarterly Account statement is available for viewing online. You will need to visit www.collegeboundfund.com and enter your Social Security Number or Tax ID Number and password to access your statement.

### 8. Signature

I hereby certify that all of the information contained in this Agreement is true, complete and correct, and I enter into this Agreement and authorize that an Account be established based on this information.

Signature of Participant        Child's                                                 Date

*Morquee I. Long*                                                                        2/15/02

(If the Participant is a legal entity, the title of the individual signing for the entity should be indicated.)

Signature of Parent or Guardian if the Participant is a Minor    Milton's                Date

*Milton R Long*                                                                          6/3/02

**For Alliance Fund Distributors, Inc. Use Only**

Principal's Signature                           Securities Representative's Signature